48

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY 26 1998
MICHAEL N. MILBY, CLERK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | * | CASE NO. |
| | * | |
| OLINDA BLANCO | * | 93-20603-C-13 |
| | * | |
| DEBTOR(S) | * | CHAPTER 13 |

**ORDER GRANTING TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

Came on for consideration by this Court, the Trustee's Motion to Pay Funds into the Court Registry pursuant to 11 U.S.C. Section 347(a) and it appearing to the Court that the motion as presented is with merit it is accordingly,

ORDERED, ADJUDGED AND DECREED that Cindy Boudloche, Chapter 13 Trustee is authorized to pay the $ 387.52 now held by her in the above referenced case for the following creditor:

GENERAL ELECTRIC CO
PO BOX 35990
LOUISVILLE KY 40232

, together with any accrued interest thereon, into the Registry of the Court.

Dated: MAY 21 1998

United States Bankrucpty Judge

Order Submitted By:
Cindy Boudloche,
Chapter 13 Trustee
711 N. Carancahua, Suite 1508
Corpus Christi, Texas 78475
(512) 883-5786



53